UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 6: 04-57-DCR |
| | ) | Civil Action No. 6: 07-165-DCR |
| V. | ) | |
| | ) | |
| JAMES D. HARPER, JR., | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant/Petitioner. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of Defendant/Petitioner James D. Harper's *pro se* motions to vacate his sentence pursuant to 28 U.S.C. § 2255. [Record No. 70 & 72] The United States has also filed a motion to dismiss the petitions based on the waiver provision contained in Harper's Plea Agreement. [Record No. 74] Finally, on March 13, 2008, Harper filed an addition motion seeking a ruling in his favor on the pending motions. [Record No. 77] Consistent with local practice, this matter was referred to United States Magistrate Judge Robert E. Wier for consideration pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge filed his Recommended Disposition on September 8, 2008. [Record No. 82] Based on his review of the record and the applicable law, the Magistrate Judge recommended that Harper's motions be denied and that this action be dismissed. Harper has failed to file any timely objections to the Magistrate's Recommended Disposition.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Moreover, a party who fails to file objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986).  Nevertheless, having examined the record and having made a *de novo* determination, the Court is in full and complete agreement with the Magistrate Judge's Recommended Disposition.  Accordingly, it is hereby

**ORDERED** as follows:

1.    The Magistrate Judge's Recommended Disposition [Record No. 82] is **ADOPTED** and **INCORPORATED** by reference.

2.    Harper's motions to vacate his sentence pursuant to 28 U.S.C. § 2255  [Record Nos. 70 and 72] are **DENIED**.

3.    Harper's request for a ruling in his favor [Record No. 77] is **DENIED**.

4.    The United States' motion to dismiss Harper's petitions under 28 U.S.C. § 2255 [Record No. 74] is **GRANTED**.

5.    A Certificate of Appealability shall not issue because Harper has not made a substantial showing of the denial of any substantive constitutional right.

6.    Harper's request for an evidentiary hearing is **DENIED** for the reasons outlined in the Magistrate Judge's Recommended Disposition.

7.    This habeas proceeding shall be **DISMISSED** and **STRICKEN** from the docket.

This 26th day of September, 2008.



Signed By:

*Danny C. Reeves* DCR

**United States District Judge**